# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GREG COLLIER, | ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 2:22-cv-2150-SHL-tmp |
| CITY OF MEMPHIS, | ) ) |
| Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Pro Se Complaint, (ECF No. 1), filed March 8, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, (ECF No. 23), filed August 17, 2022, all claims by Plaintiff against Defendant are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own attorneys' fees and costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 17, 2022
Date